**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-2006**

_____

KAYODE RAJI,

                                                    Petitioner,

        versus

U.S. IMMIGRATION & NATURALIZATION SERVICE;
JANET RENO,

                                                    Respondents.

_____

On Petition for Review of an Order of the Board of Immigration
Appeals. (A71-792-971)

_____

Submitted:  January 26, 2001          Decided:  February 7, 2001

_____

Before MICHAEL, MOTZ, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Taiwo A. Agbaje, AGBAJE & ASSOCIATES, P.A., Baltimore, Maryland,
for Petitioner.  David W. Ogden, Assistant Attorney General,
Margaret J. Perry, Senior Litigation Counsel, Julia K. Doig, Office
of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kayode Raji seeks review of the Board of Immigration Appeals' ("Board") decision and order denying his motion to reopen his immigration proceedings as untimely. Our review of the record discloses that the Board properly dismissed Raji's motion to reopen as untimely. Accordingly, we affirm on the reasoning of the Board. See Raji v. INS, No. A71-792-971 (B.I.A. July 21, 2000). We deny Raji's motion to supplement the record with newly discovered evidence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2